# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0251. TERRY LYNN PORTER, SR. v. THE STATE.**

Terry Lynn Porter, Sr., pled guilty to family violence aggravated assault and kidnapping. He subsequently filed a motion to modify an allegedly void sentence, which the trial court denied on November 5, 2018. Porter filed an application for discretionary appeal from this order on December 12, 2018. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Porter's application was filed 37 days after entry of the order he seeks to appeal, it is untimely. We thus lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/10/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*